UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY BURSEY,

    Plaintiff,

v.

Case No. 08-13766

Honorable Patrick J. Duggan

DONNA KIMBER and COMMUNITY
ADMINISTRATIVE SERVICES, INC.,
jointly and severally,

    Defendants.
_____/

## ORDER OF DISMISSAL

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on October 22, 2008.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                   U.S. DISTRICT COURT JUDGE

This action, which was originally filed in the Wayne County Circuit Court, was removed to this Court on September 3, 2008. An answer was filed by Defendants on September 10, 2008.

On October 20, 2008, Plaintiff filed a motion to dismiss with prejudice and without costs. Defendants have filed a concurrence in Plaintiff's motion to dismiss.

Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED** with prejudice and without costs.

<pre>
                                        s/PATRICK J. DUGGAN
                                        UNITED STATES DISTRICT JUDGE
</pre>

Copies to:
Anthony Bursen
40 Diehl Drive
Mount Clemens, MI 48043

Claudia D. Orr